

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

May 9, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA v. Kevin Trudeau

U.S.D.C. DOCKET NO. *: 10 CR 886-1*

U.S.C.A. DOCKET NO. : 14-1869

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)   **3**

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)   **11**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:   **2**

VAULT ITEMS:   **1 Flash Drive (Sealed Items)**

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ Sheila Moore, Deputy Clerk

I, **THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

      **3 Volumes of Pleadings**
      **1 Flash Drive (Sealed Items)**
      **11 Volumes of E-Transcripts**
      **2 Volumes of Exhibits (Hard Copy)**

In the cause entitled: USA v. Kevin Trudeau.

USDC NO.     : 10 CR 886-1

USCA NO.     : 14-1869

                  IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 9th day of May 2014.

                  THOMAS G. BRUTON, CLERK

                  By: /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

May 9, 2014

# United States District Court

## Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

I, THOMAS G. BRUTON, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 10 CR 886-1

USCA No.: 14-1869

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 5/2/14 | 192 | Defendant Exhibits CD 1-3 and Book Exhibit #4 as to Kevin Trudeau (Hard Copy). |
| 5/2/14 | 193 | Government Exhibit by USA Group 9 and Group 10 as to Kevin Trudeau (Hard Copy). |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 9th day of May 2014.

THOMAS G. BRUTON, CLERK

By:_____
    Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

May 9, 2014

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:10-cr-00886-1
# Internal Use Only

Case title: USA v. Trudeau

Date Filed: 10/19/2010
Date Terminated: 04/03/2014

Assigned to: Honorable Ronald A.
Guzman

Appeals court case number: 14-1869
USCA -7th Circuit

### Defendant (1)

**Kevin Trudeau**
*TERMINATED: 04/03/2014*

represented by **Kimball Richard Anderson**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: kanderson@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Lee Kirsch , II**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
312 558 3220
Email: tkirsch@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Carolyn Pelling Gurland**
Carolyn & Gurland Attorney at Law
2731 North Mildred Ave
Chicago, IL 60614
(312) 420-9263

Email: cgurland@comcast.net
*ATTORNEY TO BE NOTICED*

**Daniel Jay Hurtado**
Law Office of Daniel J. Hurtado
41 North Grove Avenue
Oak Park, IL 60302
(708)289-2503
Email: dhurtado2@att.net
*TERMINATED: 08/01/2012*

**Katherine E Rohlf**
Winston & Strawn, Llp
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-3209
Email: KRohlf@winston.com
*TERMINATED: 04/21/2014*
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

18:402.M----Criminal Contempt

**Disposition**

**Disposition**

**Disposition**

The defendant is hereby committed to the custody of t
United States Bureau of Prisons to be imprisoned for a
term of One Hundred Twenty (120) Months. The
defendant is remanded to the custody of the United St
Marshal. Upon release from imprisonment, the defend
shall be on supervised released for a term of Five (5)
Years. Additional Standard Conditions of Supervision

Special Condition of Supervision. Criminal Monetary
Penalties. Schedule of Payments.

**Plaintiff**

USA                                    represented by **Marc Krickbaum**
U.S. Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 469-6052
Email: marc.krickbaum2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office
(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.u
scourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email:
Intake_Docket_ILNP@ilnp.uscourts.g
ov
*ATTORNEY TO BE NOTICED*

**April Perry**
United States Attorney's Office

(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: april.perry@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2010 | | ~~ARREST of defendant Kevin Trudeau (meg, ) (Entered: 10/22/2010)~~ |
| 10/19/2010 | 1 | MINUTE entry before the Honorable Robert W. Gettleman as to Kevin Trudeau:The undersigned judge chooses to exercise his prerogative as a senior judge pursuant to 28 U.S.C. § 294(b), to transfer the criminal proceedings arising from its order dated September 16, 2010, (Doc. 339) ordering defendant Kevin Trudeau to show cause why he should not be held in criminal contempt for violating the agreed consent order dated September 2, 2004 (Doc. 56), to the Executive Committee of this district for reassignment to another judge under a new number and caption: United States v. Kevin Trudeau. This court will continue to preside in the civil proceedings brought by the FTC against Trudeau. See FTC v. Trudeau, 606 F.3d 382, 391 (7th Cir. 2010). Mailed notice (meg, ) (Entered: 10/22/2010) |
| 10/19/2010 | | ~~Case as to Kevin Trudeau Assigned to the Honorable Ronald A. Guzman. (nlf, ) (Entered: 11/05/2010)~~ |
| 03/28/2011 | 2 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing set for 4/7/2011 at 10:30 AM. Mailed notice (cjg, ) (Entered: 03/28/2011) |
| 03/29/2011 | 3 | ~~ATTORNEY Designation for USA of Marc Krickbaum (Krickbaum, Marc) (Entered: 03/29/2011)~~ |
| 04/05/2011 | 4 | ~~ATTORNEY Appearance for defendant Kevin Trudeau by Kimball Richard Anderson (Anderson, Kimball) (Entered: 04/05/2011)~~ |
| 04/05/2011 | 5 | ~~ATTORNEY Appearance for defendant Kevin Trudeau by Thomas Lee Kirsch, II (Kirsch, Thomas) (Entered: 04/05/2011)~~ |
| 04/06/2011 | 6 | ~~ATTORNEY Appearance for defendant Kevin Trudeau by Daniel Jay Hurtado (Hurtado, Daniel) (Entered: 04/06/2011)~~ |
| 04/07/2011 | 7 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 4/7/2011. All pretrial motions due by 6/6/2011. Responses due 6/21/11. Replies due 7/5/11. Status hearing set for 7/27/2011 at 10:30 AM. Defendant's presence is waived at the next status. Mailed notice (cjg, ) (Entered: 04/07/2011) |

| 06/06/2011 | 8 | MOTION by USA to amend/correct as to Kevin Trudeau (Attachments: # 1 FTC v. Trudeau, # 2 Original Order to Show Cause, # 3 Proposed Amended Order to Show Cause)(Krickbaum, Marc) (Entered: 06/06/2011) |
|---|---|---|
| 06/06/2011 | 9 | MOTION by Kevin Trudeau to dismiss *pursuant to the Speedy Trial Act* (Anderson, Kimball) (Entered: 06/06/2011) |
| 06/06/2011 | 10 | MEMORANDUM by Kevin Trudeau in support of MOTION by Kevin Trudeau to dismiss *pursuant to the Speedy Trial Act* 9 (Attachments: # 1 Exhibit A-F)(Anderson, Kimball) (Entered: 06/06/2011) |
| 06/06/2011 | 11 | MOTION by Kevin Trudeau to dismiss *UNDER THE DOUBLE JEOPARDY CLAUSE* (Anderson, Kimball) (Entered: 06/06/2011) |
| 06/06/2011 | 12 | MEMORANDUM by Kevin Trudeau in support of MOTION by Kevin Trudeau to dismiss *UNDER THE DOUBLE JEOPARDY CLAUSE* 11 (Attachments: # 1 Exhibit A-C)(Anderson, Kimball) (Entered: 06/06/2011) |
| 06/21/2011 | 13 | RESPONSE by USA as to Kevin Trudeau regarding MOTION by Kevin Trudeau to dismiss *pursuant to the Speedy Trial Act* 9 , MOTION by Kevin Trudeau to dismiss *UNDER THE DOUBLE JEOPARDY CLAUSE* 11 (Attachments: # 1 Exhibits A and B)(Krickbaum, Marc) (Entered: 06/21/2011) |
| 06/21/2011 | 14 | MEMORANDUM by Kevin Trudeau in Opposition to MOTION by USA to amend/correct as to Kevin Trudeau 8 (Attachments: # 1 Exhibit A-H)(Anderson, Kimball) (Entered: 06/21/2011) |
| 07/05/2011 | 15 | REPLY by USA in support to motion to amend order to show cause 14 , 8 (Krickbaum, Marc) Modified on 7/6/2011 (cdy, ). (Entered: 07/05/2011) |
| 07/05/2011 | 16 | UNOPPOSED MOTION by Kevin Trudeau for extension of time as to motion to dismiss 9 , 11 (Kirsch, Thomas) Modified on 7/6/2011 (cdy, ). (Entered: 07/05/2011) |
| 07/05/2011 | 17 | ~~NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for extension of time 16 before Honorable Ronald A. Guzman on 7/7/2011 at 09:30 AM. (Kirsch, Thomas) (Entered: 07/05/2011)~~ |
| 07/05/2011 | 18 | MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion set for 7/7/11 is stricken. Motion by Kevin Trudeau for extension of time to file reply as to motion to dismiss 9 and motion to dismiss 11 (UNOPPOSED) 16 is granted to and including 7/11/11. Mailed notice (cjg, ) (Entered: 07/05/2011) |
| 07/11/2011 | 19 | REPLY by Kevin Trudeau to MOTION by Kevin Trudeau to dismiss *UNDER THE DOUBLE JEOPARDY CLAUSE* 11 (Anderson, Kimball) (Entered: 07/11/2011) |
| 07/11/2011 | 20 | REPLY by Kevin Trudeau to MOTION by Kevin Trudeau to dismiss *pursuant to the Speedy Trial Act* 9 (Anderson, Kimball) (Entered: |

| | | |
|---|---|---|
| | | 07/11/2011) |
| 07/27/2011 | 21 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 7/27/2011. Status hearing set for 9/19/2011 at 10:30 AM. Mailed notice (cjg, ) (Entered: 07/27/2011) |
| 09/19/2011 | 22 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 9/19/2011. Status hearing set for 12/7/2011 at 10:30 AM. Mailed notice (cjg, ) (Entered: 09/19/2011) |
| 12/06/2011 | 23 | SUR-REPLY by USA to Defendant's Motion to Dismiss Under the Double Jeopardy Clause (Attachments: # 1 Exhibit A)(Krickbaum, Marc) Modified on 12/7/2011 (cdy, ). (Entered: 12/06/2011) |
| 12/07/2011 | 24 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 12/7/2011. Motion by USA to amend rule to show cause as to Kevin Trudeau 8 is granted. Motion by Kevin Trudeau to dismiss pursuant to the Speedy Trial Act 9 is denied. Motion by Kevin Trudeau to dismiss UNDER THE DOUBLE JEOPARDY CLAUSE 11 is denied. Compliance with Rule 16 by 1/6/12. All motions and filings as stated in open court are to be filed on or before 4/5/12. Status hearing set for 4/18/2012 at 10:30 AM. Oral motion of Government to exclude time is granted. In the interest of justice,time from 12/7/11 to and including 4/18/12 is excluded under 18 USC § 3161 (7) (B) (iv). Mailed notice (cjg, ) (Entered: 12/07/2011) |
| 12/08/2011 | 25 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau : Enter order to show cause why defendant should not be held in criminal contempt. Mailed notice (cdy, ) (Entered: 12/12/2011) |
| 12/08/2011 | 26 | ORDER as to Kevin Trudeau. Signed by the Honorable Ronald A. Guzman on 12/8/11. Mailed notice (cdy, ) (Entered: 12/12/2011) |
| 12/30/2011 | 27 | UNOPPOSED MOTION by USA for extension of time to disclose Rule 16 material as to Kevin Trudeau (Krickbaum, Marc) Modified on 1/3/2012 (cdy, ). (Entered: 12/30/2011) |
| 12/30/2011 | 28 | ~~NOTICE of Motion by Marc Krickbaum for presentment of motion for extension of time 27 before Honorable Ronald A. Guzman on 1/5/2012 at 09:30 AM. (Krickbaum, Marc) (Entered: 12/30/2011)~~ |
| 01/04/2012 | 29 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Notice of motion set for 1/5/12 is stricken. Unopposed motion by USA for extension of time to disclose Rule 16 material is granted to and including 1/20/12. Mailed notice (cjg, ) (Entered: 01/04/2012) |
| 01/20/2012 | 30 | MOTION by USA for extension of time as to Kevin Trudeau as to motion for extension of time 27 *to Disclose Rule 16 Material* (Krickbaum, Marc) (Entered: 01/20/2012) |
| 01/20/2012 | 31 | ~~NOTICE of Motion by Marc Krickbaum for presentment of motion for~~ |

| | | |
|---|---|---|
| | | ~~extension of time 30 before Honorable Ronald A. Guzman on 1/24/2012 at 09:30 AM. (Krickbaum, Marc) (Entered: 01/20/2012)~~ |
| 01/24/2012 | 32 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Defendant not in court. Motion hearing held on 1/24/2012. Motion by USA for extension of time to Disclose Rule 16 Material 30 is granted to and including 2/3/12. Mailed notice (cjg, ) (Entered: 01/24/2012) |
| 03/09/2012 | 33 | MOTION by Kevin Trudeau for extension of time *to File Pre-Trial Motions* (Kirsch, Thomas) (Entered: 03/09/2012) |
| 03/09/2012 | 34 | ~~NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for extension of time 33 before Honorable Ronald A. Guzman on 3/15/2012 at 09:30 AM. (Kirsch, Thomas) (Entered: 03/09/2012)~~ |
| 03/13/2012 | 35 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Notice of motion set for 3/15/12 is stricken. Unopposed motion by Kevin Trudeau for extension of time to File Pre-Trial Motions 33 is granted to and including 6/4/12. Mailed notice (cjg, ) (Entered: 03/13/2012) |
| 04/17/2012 | 36 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing reset to 6/27/2012 at 10:30 AM. on request of parties. Without objection, in the interest of justice, time from 4/17/12 to and including 6/27/12 is excluded under 18 USC § 3161 (h)(7)(A) (B). Mailed notice (cjg, ) (Entered: 04/17/2012) |
| 05/21/2012 | 37 | MOTION by USA Agreed Motion to Set Trial Date and Pre-Trial Briefing Schedule as to Kevin Trudeau (Krickbaum, Marc) (Entered: 05/21/2012) |
| 05/21/2012 | 38 | ~~NOTICE of Motion by Marc Krickbaum for presentment of motion for miscellaneous relief 37 before Honorable Ronald A. Guzman on 5/24/2012 at 09:30 AM. (Krickbaum, Marc) (Entered: 05/21/2012)~~ |
| 05/23/2012 | 39 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Notice of motion set for 5/24/12 is stricken. Status hearing set for 6/27/12 is stricken. Agreed motion by USA to Set Trial Date and Pre-Trial Briefing Schedule as to Kevin Trudeau 37 is granted. Jury Trial set for 6/3/2013 at 09:00 AM. Pretrial Conference set for 5/29/2013 at 10:30 AM. Pretrial motions to be filed 45 days before trial, with responses due 30 days before trial, and proposed jury instructions, voir dire, statements of the case and witness lists 14 days before trial. Without objection, time to be excluded in the interest of justice for the complexity of the case, and for continuity of counsel under 18 U.S.C. Section 3161(h)(7)(A) - (B) and United States vs. O'Connor, No. 09-2476 (7th Cir.Sept. 1, 2011), from 5/23/12 to and including 6/3/13. Mailed notice (cjg, ) (Entered: 05/23/2012) |
| 05/30/2012 | 40 | ~~ATTORNEY Appearance for defendant Kevin Trudeau by Katherine E Croswell (Croswell, Katherine) (Entered: 05/30/2012)~~ |
| 07/26/2012 | 41 | MOTION to withdraw as attorney as to Kevin Trudeau Daniel J. Hurtado |

| | | (Hurtado, Daniel) (Entered: 07/26/2012) |
|---|---|---|
| 07/26/2012 | 42 | ~~NOTICE of Motion by Daniel Jay Hurtado for presentment of motion to withdraw as attorney 41 before Honorable Ronald A. Guzman on 8/2/2012 at 09:30 AM. (Hurtado, Daniel) (Entered: 07/26/2012)~~ |
| 08/01/2012 | 43 | MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion set for 8/2/12 is stricken. Motion to withdraw as attorney as to Kevin Trudeau (Hurtado, Daniel) 41 is granted. Daniel Jay Hurtado is hereby withdrawn from the case. Mailed notice (cjg, ) (Entered: 08/01/2012) |
| 03/12/2013 | 44 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing set for 3/20/2013 at 10:00 a.m. Enter Order. (For Further Details See Separate Order.) Mailed notice (meg, ) (Entered: 03/13/2013) |
| 03/12/2013 | 45 | ORDER as to Kevin Trudeau. Signed by the Honorable Ronald A. Guzman on 3/12/2013. Mailed notice (meg, ) (Entered: 03/13/2013) |
| 03/20/2013 | 46 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing set for 3/20/13 is stricken and reset to 4/2/2013 at 02:00 PM. on Court's own motion. Without objection, time to be excluded in the interest of justice for the complexity of the case, and for continuity of counsel under 18 U.S.C. Section 3161(h)(7)(A) - (B) and United States vs. O'Connor, No. 09-2476 (7th Cir.Sept. 1, 2011), from 3/20/13 to and including 4/2/13. Mailed notice (cjg, ) (Entered: 03/20/2013) |
| 04/02/2013 | 50 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held and continued to 4/15/2013. Motion regarding issues raised at status hearing to be filed on or before 4/12/2013. Mailed notice (cjg, ) (Entered: 04/10/2013) |
| 04/05/2013 | 47 | MOTION by Kevin Trudeau for Continuance of June 3, 2013 Criminal Contempt Jury Trial (Kirsch, Thomas) (Entered: 04/05/2013) |
| 04/05/2013 | 48 | ~~NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for miscellaneous relief 47 before Honorable Ronald A. Guzman on 4/9/2013 at 09:30 AM. (Kirsch, Thomas) (Entered: 04/05/2013)~~ |
| 04/09/2013 | 49 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Motion hearing held. Defendant's motion for continuance of trial 47 is entered and continued to 5/28/2013 at 9:30 a.m. for parties to report on results from hearing of Judge Gettleman. Final pretrial conference set for 5/29/2013 at 10:30 a.m. and jury trial set for 6/3/2013 at 9:00 a.m. are stricken. Mailed notice (meg, ) (Entered: 04/09/2013) |
| 04/12/2013 | 51 | GOVERNMENT'S FILING with Respect to Penalties by USA as to Kevin Trudeau (Krickbaum, Marc). (Entered: 04/12/2013) |
| 04/12/2013 | 52 | MEMORANDUM as to Kevin Trudeau regarding sentencing analysis of Criminal Contempt Case (Kirsch, Thomas) Modified title by Clerk's office |

| | | |
|---|---|---|
| | | on 4/17/2013 (yap, ). (Entered: 04/12/2013) |
| 04/15/2013 | 53 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 4/15/2013. Mailed notice (cjg, ) (Entered: 04/15/2013) |
| 04/23/2013 | 54 | NOTICE of Bankruptcy Proceedings as toKevin Trudeau (Attachments: # 1 Exhibit A)(Kirsch, Thomas) (Entered: 04/23/2013) |
| 05/28/2013 | 57 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Motion hearing held on 5/28/2013. Motion by Kevin Trudeau for Continuance of June 3, 2013 Criminal Contempt Jury Trial 47 is granted. Jury Trial reset to 8/26/2013 at 09:00 AM. Pretrial Motions by 8/13/2013. Pretrial Conference set for 8/20/2013 at 02:00 PM. Without objection, time to be excluded in the interest of justice for the complexity of the case, and for continuity of counsel under 18 U.S.C. Section 3161(h)(7)(A) - (B) and United States vs. O'Connor, No. 09-2476 (7th Cir.Sept. 1, 2011), from 5/28/2013 to and including 8/26/2013. Mailed notice (cjg, ) (Entered: 05/29/2013) |
| 05/29/2013 | 55 | MOTION by Kevin Trudeau to Excuse Defendant's Appearance at Arraignment Hearing (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kirsch, Thomas) (Entered: 05/29/2013) |
| 05/29/2013 | 56 | NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for miscellaneous relief 55 before Honorable Ronald A. Guzman on 6/4/2013 at 09:30 AM. (Kirsch, Thomas) (Entered: 05/29/2013) |
| 05/30/2013 | 58 | ATTORNEY Designation for USA of April Perry (Perry, April) (Entered: 05/30/2013) |
| 06/03/2013 | 59 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau (1): Pursuant to Order dated 6/3/2013, it is hereby ordered that the Motion to Excuse Defendant Kevin Trudeau's Appearance At Arraignment Hearing 55 is denied. Arraignment set for 6/26/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 06/03/2013) |
| 06/03/2013 | 60 | ORDER as to Kevin Trudeau signed by the Honorable Ronald A. Guzman on 6/3/2013. Mailed notice (cjg, ) (Entered: 06/03/2013) |
| 06/12/2013 | 61 | NOTICE of Name Change as toKevin Trudeau (Croswell, Katherine) (Entered: 06/12/2013) |
| 06/26/2013 | 62 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Arraignment held on 6/26/2013 and continued to 6/27/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 06/26/2013) |
| 06/26/2013 | 63 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pretrial Services is ordered to interview defendant Trudeau. Mailed notice (cjg, ) (Entered: 06/26/2013) |

| 06/27/2013 | 64 | PRETRIAL Bail Report as to Kevin Trudeau (SEALED) (jlw, ) (Entered: 06/27/2013) |
|---|---|---|
| 06/27/2013 | 65 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Arraignment held on 6/27/2013 and continued to 7/1/2013 at 09:30 AM. Defendant is ordered to surrender passport to Pretrial Services before the close of business today. Mailed notice (cjg, ) (Entered: 06/27/2013) |
| 07/01/2013 | "TYPE =PICT ;ALT= LOCK "66 | ORDER Setting Conditions of Release as to Kevin Trudeau in amount of $ 209,000.00, Secured Receipt # 4624102502. Signed by the Honorable Ronald A. Guzman on 7/1/2013.Mailed notice (nf, ) (Entered: 07/01/2013) |
| 07/01/2013 | 67 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau (1): Arraignment held on 7/1/2013. Previously entered plea of not guilty is accepted and a secured bond is set in the amount of $209,000.00. Pretrial Office is ordered to return to defendant his U.S. passport for travel to Canada. Upon defendant's return to the United States he is to immediately surrender his U.S. passport to Pretrial Office. Mailed notice (cjg, ) (Entered: 07/01/2013) |
| 07/01/2013 | "TYPE =PICT ;ALT= LOCK "68 | SECURED Bond as to Kevin Trudeau in amount of $ 209,000.00, Receipt # 4624102502. (nf, ) (Entered: 07/01/2013) |
| 07/01/2013 | 69 | FORFEITURE AGREEMENT as to Kevin Trudeau. (nf, ) (Entered: 07/03/2013) |
| 07/16/2013 | 70 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pursuant to Order dated 7/16/2013, the parties are ordered to submit on or before August 13, 2013 a full set of proposed jury instructions with citations to supporting law and arguments for any proposed non-pattern instructions. Mailed notice (cjg, ) (Entered: 07/16/2013) |
| 07/16/2013 | 71 | ORDER as to Kevin Trudeau Signed by the Honorable Ronald A. Guzman on July 16, 2013. Mailed notice (cjg, ) (Entered: 07/16/2013) |
| 07/18/2013 | 72 | MOTION by Kevin Trudeau to Allow Him to Travel Internationally and for Temporary Return of Passport (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Kirsch, Thomas) (Entered: 07/18/2013) |
| 07/18/2013 | 73 | NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for miscellaneous relief 72 before Honorable Ronald A. Guzman on 7/23/2013 at 09:30 AM. (Kirsch, Thomas) (Entered: 07/18/2013) |
| 07/23/2013 | 74 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau (1): Motion hearing held on 7/23/2013. Motion by Kevin Trudeau |

| | | |
|---|---|---|
| | | to Allow Him to Travel Internationally and for Temporary Return of Passport 72 is withdrawn as moot. Mailed notice (cjg, ) (Entered: 07/23/2013) |
| 07/31/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "75 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 4/7/11, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/21/2013. Redacted Transcript Deadline set for 9/3/2013. Release of Transcript Restriction set for 10/29/2013. (Labella, Nancy) (Entered: 07/31/2013) |
| 07/31/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "76 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 9/19/11, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/21/2013. Redacted Transcript Deadline set for 9/3/2013. Release of Transcript Restriction set for 10/29/2013. (Labella, Nancy) (Entered: 07/31/2013) |
| 07/31/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "77 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 12/7/11, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

| | | |
|---|---|---|
| | | Redaction Request due 8/21/2013. Redacted Transcript Deadline set for 9/3/2013. Release of Transcript Restriction set for 10/29/2013. (Labella, Nancy) (Entered: 07/31/2013) |
| 08/05/2013 | 78 | MOTION by Kevin Trudeau for Short Continuance of Trial Date *(UNOPPOSED)* (Kirsch, Thomas) (Entered: 08/05/2013) |
| 08/05/2013 | 79 | ~~NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for miscellaneous relief 78 before Honorable Ronald A. Guzman on 8/8/2013 at 09:30 AM. (Kirsch, Thomas) (Entered: 08/05/2013)~~ |
| 08/08/2013 | 80 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau (1): Motion hearing held on 8/8/2013. Unopposed motion by Kevin Trudeau for Short Continuance of Trial Date 78 is granted. Jury Trial reset to 11/4/2013 at 09:00 AM. Pretrial Conference reset to 10/15/2013 at 10:30 AM. Pretrial motions due by 9/6/2013. Without objection, time to be excluded in the interest of justice for the complexity of the case, and for continuity of counsel under 18 U.S.C. Section 3161(h)(7)(A) - (B) and United States vs. O'Connor, No. 09-2476 (7th Cir.Sept. 1, 2011), from 8/8/2013 to and including 11/4/2013. Mailed notice (cjg, ) Modified on 8/12/2013 (cjg, ). (Entered: 08/09/2013) |
| 08/26/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "81 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 8/8/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov. <br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br>Redaction Request due 9/16/2013. Redacted Transcript Deadline set for 9/26/2013. Release of Transcript Restriction set for 11/25/2013. (Labella, Nancy) (Entered: 08/26/2013) |
| 09/06/2013 | 82 | PROPOSED Jury Instructions by USA as to Kevin Trudeau (Perry, April) (Entered: 09/06/2013) |
| 09/06/2013 | 83 | MOTION by USA in limine as to Kevin Trudeau *To Preclude Evidence or Argument Relating to Return Rates, Customer Satisfaction, and Opinions Regarding The Weight Loss Cure* (Perry, April) (Entered: 09/06/2013) |
| 09/06/2013 | 84 | MOTION by USA in limine as to Kevin Trudeau *Regarding the First Amendment and Mirror Image Doctrine* (Perry, April) (Entered: 09/06/2013) |
| 09/06/2013 | 85 | MOTION by USA in limine as to Kevin Trudeau *to Bar Evidence or Argument that the FTC Failed to Inform Defendant That He Was In Contempt of Court* (Perry, April) (Entered: 09/06/2013) |

| | | |
|---|---|---|
| 09/06/2013 | 86 | MOTION by USA in limine as to Kevin Trudeau *to Bar Evidence or Argument Relating To Failure to Charge ITV with Criminal Contempt, and Potential Penalties* (Perry, April) (Entered: 09/06/2013) |
| 09/06/2013 | 87 | MOTION by USA in limine as to Kevin Trudeau *Regarding Prior Good Acts* (Perry, April) (Entered: 09/06/2013) |
| 09/06/2013 | 88 | MOTION by USA Joint Motion for Use of a Jury Questionnaire as to Kevin Trudeau (Perry, April) (Entered: 09/06/2013) |
| 09/06/2013 | 89 | MOTION by Kevin Trudeau in limine *(Consolidated)* (Kirsch, Thomas) (Entered: 09/06/2013) |
| 09/06/2013 | 90 | MOTION by USA in limine as to Kevin Trudeau *With Respect to Evidence of Advice of Counsel* (Krickbaum, Marc) (Entered: 09/06/2013) |
| 09/06/2013 | 91 | MOTION by USA in limine as to Kevin Trudeau *To Bar Evidence Absent a Sufficient Evidentiary Foundation* (Krickbaum, Marc) (Entered: 09/06/2013) |
| 09/09/2013 | 92 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Responses to motions in limine due September 23, 2013, replies due September 30, 2013. Mailed notice (cjg, ) (Entered: 09/09/2013) |
| 09/23/2013 | 93 | RESPONSE by USA to MOTION by Kevin Trudeau in limine *(Consolidated)* 89 (Perry, April) (Entered: 09/23/2013) |
| 09/23/2013 | 94 | RESPONSE by Kevin Trudeau to proposed jury instructions 82 (Kirsch, Thomas) (Entered: 09/23/2013) |
| 09/23/2013 | 95 | RESPONSE by Kevin Trudeau regarding MOTION by USA in limine as to Kevin Trudeau *To Preclude Evidence or Argument Relating to Return Rates, Customer Satisfaction, and Opinions Regarding the Weight Loss Cure* 83 , MOTION by USA in limine as to Kevin Trudeau *Regarding Prior Good Acts* 87 , MOTION by USA in limine as to Kevin Trudeau *To Bar Evidence Absent a Sufficient Evidentiary Foundation* 91 , MOTION by USA in limine as to Kevin Trudeau *to Bar Evidence or Argument Relating To Failure to Charge ITV with Criminal Contempt, and Potential Penalties* 86 , MOTION by USA in limine as to Kevin Trudeau *to Bar Evidence or Argument that the FTC Failed to Inform Defendant That He Was In Contempt of Court* 85 , MOTION by USA in limine as to Kevin Trudeau *Regarding the First Amendment and Mirror Image Doctrine* 84 , MOTION by USA in limine as to Kevin Trudeau *With Respect to Evidence of Advice of Counsel* 90 (Kirsch, Thomas) (Entered: 09/23/2013) |
| 09/25/2013 | 96 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing regarding jury selection set for 9/30/2013 at 10:30 AM. Mailed notice (cjg, ) (Entered: 09/25/2013) |
| 09/30/2013 | 97 | REPLY by USA to response to motion,,,, 95 (Perry, April) (Entered: 09/30/2013) |

| | | |
|---|---|---|
| 09/30/2013 | 98 | REPLY by Kevin Trudeau to MOTION by Kevin Trudeau in limine *(Consolidated)* 89 (Kirsch, Thomas) (Entered: 09/30/2013) |
| 09/30/2013 | 99 | REPLY by USA to response 94 (Perry, April) (Entered: 09/30/2013) |
| 09/30/2013 | 100 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 9/30/2013. Status hearing set for 10/10/2013 at 02:00 PM. Mailed notice (cjg, ) (Entered: 10/01/2013) |
| 10/02/2013 | 101 | ORDER Directing that a separate jury panel be summoned as to Kevin Trudeau. Signed by the Honorable Ruben Castillo on 10/2/2013. (nf, ) (Entered: 10/03/2013) |
| 10/09/2013 | 102 | Agreed Joint Proposed Juror Questionnaire by Kevin Trudeau (Kirsch, Thomas) (Entered: 10/09/2013) |
| 10/09/2013 | 103 | MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 10/10/2013 at 2:00 PM. is reset to 11:00 AM. on Court's own motion. NOTE TIME CHANGE ONLY. Mailed notice (cjg, ) Modified on 10/9/2013 (cjg, ). (Entered: 10/09/2013) |
| 10/10/2013 | 104 | Agreed Joint Proposed Juror Questionnaire by Kevin Trudeau (Kirsch, Thomas) (Entered: 10/10/2013) |
| 10/10/2013 | 105 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 10/10/2013. Status hearing set for 10/11/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 10/11/2013) |
| 10/11/2013 | 106 | Statement of the Case by USA as to Kevin Trudeau (Perry, April) (Entered: 10/11/2013) |
| 10/11/2013 | 107 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Status hearing held on 10/11/2013. Mailed notice (cjg, ) (Entered: 10/15/2013) |
| 10/15/2013 | 108 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pretrial conference held on 10/15/2013 and continued to 10/28/2013 at 10:30 AM. Mailed notice (cjg, ) (Entered: 10/16/2013) |
| 10/22/2013 | 109 | MOTION by USA to reconsider ruling relating to cross-examination of defendant Kevin Trudeau (Krickbaum, Marc) Modified title by Clerk's office on 10/23/2013 (yap, ). (Entered: 10/22/2013) |
| 10/22/2013 | 110 | MOTION by Kevin Trudeau to exclude *the Government's Proposed Dietician Expert* (Attachments: # 1 Exhibit A)(Kirsch, Thomas) (Entered: 10/22/2013) |
| 10/22/2013 | 111 | ~~NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion to exclude 110 before Honorable Ronald A. Guzman on 10/28/2013 at 10:30 AM. (Kirsch, Thomas) (Entered: 10/22/2013)~~ |
| 10/22/2013 | 112 | MOTION by USA to preclude "course of dealing" conduct between defense counsel and the FTC as to Kevin Trudeau (Perry, April) Modified title by |

| | | |
|---|---|---|
| | | Clerk's office on 10/23/2013 (yap, ). (Entered: 10/22/2013) |
| 10/24/2013 | 113 | RESPONSE by USA as to Kevin Trudeau regarding MOTION by Kevin Trudeau to exclude *the Government's Proposed Dietician Expert* 110 (Krickbaum, Marc) (Entered: 10/24/2013) |
| 10/24/2013 | 114 | MEMORANDUM by Kevin Trudeau in Opposition to MOTION by USA to exclude as to Kevin Trudeau 112 (Kirsch, Thomas) (Entered: 10/24/2013) |
| 10/24/2013 | 115 | MEMORANDUM by Kevin Trudeau in Opposition to MOTION by USA for reconsideration as to Kevin Trudeau 109 (Attachments: # 1 Exhibit A)(Kirsch, Thomas) (Entered: 10/24/2013) |
| 10/28/2013 | 116 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pretrial conference held on 10/28/2013 and continued to 10/29/2013 at 10:00 AM. Mailed notice (cjg, ) (Entered: 10/28/2013) |
| 10/28/2013 | 117 | ~~ATTORNEY Appearance for defendant Kevin Trudeau by Carolyn Pelling Gurland (Gurland, Carolyn) (Entered: 10/28/2013)~~ |
| 10/29/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "118 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 10/15/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/19/2013. Redacted Transcript Deadline set for 11/29/2013. Release of Transcript Restriction set for 1/27/2014. (Labella, Nancy) (Entered: 10/29/2013) |
| 10/29/2013 | 119 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pretrial conference held on 10/29/2013 and continued to 10/30/2013 at *02:00 PM. *NOTE TIME IS DIFFERENT THAN SET IN OPEN COURT. Mailed notice (cjg, ) (Entered: 10/29/2013) |
| 10/29/2013 | 120 | PROPOSED Jury Instructions by Kevin Trudeau (Kirsch, Thomas) (Entered: 10/29/2013) |
| 10/30/2013 | 121 | LETTER from Marc Krickbaum dated October 16, 2013 . (Krickbaum, Marc) (Entered: 10/30/2013) |
| 10/30/2013 | 122 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pretrial conference held on 10/30/2013. Mailed notice (cjg, ) (Entered: 10/30/2013) |
| 10/31/2013 | 123 | RESPONSE by Kevin Trudeau to proposed jury instructions 82 (Kirsch, |

| | | |
|---|---|---|
| | | Thomas) (Entered: 10/31/2013) |
| 10/31/2013 | 124 | PROPOSED Jury Instructions by Kevin Trudeau (Kirsch, Thomas) (Entered: 10/31/2013) |
| 11/01/2013 | 125 | MOTION by Kevin Trudeau in limine *to Admit the Natural Cures Book and Infomercial into Evidence* (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-F)(Kirsch, Thomas) (Entered: 11/01/2013) |
| 11/01/2013 | 126 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Pretrial conference held on 11/1/2013. Mailed notice (cjg, ) (Entered: 11/01/2013) |
| 11/03/2013 | 127 | RESPONSE by USA to MOTION by Kevin Trudeau in limine *to Admit the Natural Cures Book and Infomercial into Evidence* 125 (Perry, April) (Entered: 11/03/2013) |
| 11/03/2013 | 128 | LETTER from Thomas L. Kirsch dated November 2, 2013 *re Admission of Natural Cures Evidence at Trial.* (Attachments: # 1 Index of Exhibits to Letter, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Kirsch, Thomas) (Entered: 11/03/2013) |
| 11/03/2013 | 129 | PROPOSED Jury Instructions by USA as to Kevin Trudeau (Krickbaum, Marc) (Entered: 11/03/2013) |
| 11/03/2013 | 130 | EXHIBIT List by USA as to Kevin Trudeau (Perry, April) (Entered: 11/03/2013) |
| 11/03/2013 | 131 | WITNESS List by USA as to Kevin Trudeau (Perry, April) (Entered: 11/03/2013) |
| 11/03/2013 | 132 | REPLY by Kevin Trudeau to MOTION by Kevin Trudeau in limine *to Admit the Natural Cures Book and Infomercial into Evidence* 125 (Kirsch, Thomas) (Entered: 11/03/2013) |
| 11/04/2013 | 133 | WITNESS List by Kevin Trudeau (Kirsch, Thomas) (Entered: 11/04/2013) |
| 11/04/2013 | 134 | ORDER as to Kevin Trudeau: Voir Dire begun. Jury selection commenced and continued. Jury trial continued to November 5, 2013. Signed by the Honorable Ronald A. Guzman on 11/4/2013. (ym, ) (Entered: 11/05/2013) |
| 11/05/2013 | 135 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Jury trial held on 11/5/2013 and adjourned to 11/6/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 11/05/2013) |
| 11/05/2013 | 136 | ORDER signed by the Honorable Ronald A. Guzman on 11/5/13 regarding Defendant's request to introduce "Natural Cures" evidence. Mailed notice (cjg, ) (Entered: 11/05/2013) |
| 11/06/2013 | 137 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Jury trial held on 11/6/2013 and adjourned to 11/7/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 11/06/2013) |

| | | |
|---|---|---|
| 11/06/2013 | 138 | OBJECTION by Kevin Trudeau to proposed jury instructions 129 (Attachments: # 1 Exhibit A - Revised Proposed Instruction No. 14)(Kirsch, Thomas) (Entered: 11/06/2013) |
| 11/07/2013 | 139 | PROPOSED Jury Instructions by Kevin Trudeau (Kirsch, Thomas) (Entered: 11/07/2013) |
| 11/07/2013 | 140 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Jury trial held on 11/7/201 and adjourned to 11/8/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 11/08/2013) |
| 11/08/2013 | 141 | PROPOSED Jury Instructions by Kevin Trudeau (Kirsch, Thomas) (Entered: 11/08/2013) |
| 11/08/2013 | 142 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Jury trial held on 11/8/2013 and adjourned to 11/12/2013 at 09:30 AM. Mailed notice (cjg, ) (Entered: 11/08/2013) |
| 11/08/2013 | 143 | ORDER as to Kevin Trudeau regarding jury instructions signed by the Honorable Ronald A. Guzman on 11/8/2013. Mailed notice (cjg, ) (Entered: 11/08/2013) |
| 11/12/2013 | 144 | ORDER as to Kevin Trudeau: Jury trial held. Jury deliberation. Jury returns verdict of guilty. Jury trial ends. Post-trial motions to be filed by 12/3/2013. Response due 12/17/2013. Reply due 1/3/2014. Sentencing set for 2/6/2014 at 10:30 a.m. It is hereby ordered that defendant's bond is revoked and he is taken into custody by the U.S. Marshal. It is further ordered that defendant may keep his contact lenses. Signed by the Honorable Ronald A. Guzman on 11/12/2013. (ym, ) (Entered: 11/12/2013) |
| 11/12/2013 Flash Drive | 145 | JURY Verdict as to Kevin Trudeau (1) guilty on Count Complaint. Verdict form mailed to defendant's counsel of record as to Kevin Trudeau (Mailed Notice) (RESTRICTED.) (ym, ) (Entered: 11/13/2013) |
| 11/12/2013 Flash Drive | 146 | JURY Notes as to Kevin Trudeau. (ym, ) (Entered: 11/13/2013) |
| 11/12/2013 | 147 | JURY Instructions Given as to Kevin Trudeau. (ym, ) (Entered: 11/13/2013) |
| 11/12/2013 | 148 | EMAIL of Customer Testimonial as to Kevin Trudeau. (ym, ) (Entered: 11/13/2013) |
| 11/20/2013 | 149 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: It is hereby ordered that this cause is referred to the Probation Office for a presentence investigation. Mailed notice (cjg, ) (Entered: 11/20/2013) |
| 12/03/2013 | 150 | MOTION by Kevin Trudeau for judgment of acquittal (Kirsch, Thomas) (Entered: 12/03/2013) |
| 12/06/2013 | 151 | RESPONSE by USA to MOTION by Kevin Trudeau for judgment of |

| | | acquittal 150 (Perry, April) (Entered: 12/06/2013) |
|---|---|---|
| 12/09/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "152 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 10/28/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Labella, Nancy) (Entered: 12/09/2013) |
| 12/09/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "153 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 10/29/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Labella, Nancy) (Entered: 12/09/2013) |
| 12/09/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "154 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 10/30/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Labella, Nancy) (Entered: 12/09/2013) |

| | | |
|---|---|---|
| 12/09/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "155 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 11/1/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Labella, Nancy) (Entered: 12/09/2013) |
| 12/09/2013 Flash Drive | "TYPE =PICT ;ALT= LOCK "156 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 11/4/13, before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Labella, Nancy) (Entered: 12/09/2013) |
| 12/09/2013 Flash Drive | 157 | TRANSCRIPT OF PROCEEDINGS as to Kevin Trudeau held on 11-5-13, before the Honorable Ronald A. Guzman. Trial Excerpt Volume 1 Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Attachments: # 1 11-6-13 Trial Volume 2, # 2 11-7-13 Trial Volume 3, # 3 11-8-13 Trial Volume 4, # 4 11-12-13 Trial Volume 5)(Labella, Nancy) (Entered: 12/09/2013) |

| | | |
|---|---|---|
| 12/11/2013 | 158 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Sentencing set for 2/6/2014 is stricken. Parties to contact Courtroom Deputy to reschedule. Mailed notice (cjg, ) (Entered: 12/11/2013) |
| 01/03/2014 | 159 | REPLY by Kevin Trudeau to MOTION by Kevin Trudeau for judgment of acquittal 150 (Kirsch, Thomas) (Entered: 01/03/2014) |
| 01/22/2014 | 160 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Sentencing set for 3/17/2014 at 10:30 AM. Mailed notice (cjg, ) (Entered: 01/22/2014) |
| 01/29/2014 | 161 | MEMORANDUM Opinion and Order signed by the Honorable Ronald A. Guzman on 1/29/2014: For all of the reasons set forth above, the defendant's motion for judgment of acquittal 150 is denied. Mailed notice (cjg, ) (Entered: 01/29/2014) |
| 02/10/2014 | "TYPE=PICT;ALT=LOCK"162 | (Court only) SENTENCING Recommendation as to Kevin Trudeau (SEALED) (Fitzgerald, Josie) (Entered: 02/10/2014) |
| 02/10/2014 Flash Drive | 163 | PRESENTENCE Investigation Report as to Kevin Trudeau (SEALED) (Attachments: # 1 Supplement Government's Version of the Offense, # 2 Supplement Government's Exhibit 1, # 3 Supplement Government's Exhibit 2, # 4 Supplement Government's Exhibit 3, # 5 Supplement Government's Exhibit 4, # 6 Supplement Government's Exhibit 5, # 7 Supplement Government's Exhibit 6, # 8 Supplement Government's Exhibit 7, # 9 Supplement Government's Exhibit 8, # 10 Supplement Government's Exhibit 9, # 11 Supplement Government's Exhibit 10, # 12 Supplement Government's Exhibit 11, # 13 Supplement Government's Exhibit 12, # 14 Supplement Defendant's Version of the Offense, # 15 Supplement Supplement to Defendant's Version of the Offense)(Fitzgerald, Josie) (Entered: 02/10/2014) |
| 03/04/2014 | 164 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Sentencing set for 3/17/2014 at 10:30 AM. is stricken and reset to 3/17/2014 at 02:00 PM. Mailed notice (cjg, ) (Entered: 03/04/2014) |
| 03/04/2014 | 165 | OBJECTION to Presentence Investigation Report by Kevin Trudeau (Attachments: # 1 Exhibit Non substantive objections to PSI)(Gurland, Carolyn) (Entered: 03/04/2014) |
| 03/10/2014 | 166 | SENTENCING MEMORANDUM as to Kevin Trudeau (Attachments: # 1 Exhibit Government Sentencing Exhibits 1-36)(Perry, April) (Entered: 03/10/2014) |
| 03/11/2014 | 167 | OBJECTION to Presentence Investigation Report by Kevin Trudeau (*Supplemental Memorandum as to 18 U.S.C. 3553 Sentencing Factors)* |

| | | |
|---|---|---|
| | | (Gurland, Carolyn) (Entered: 03/11/2014) |
| 03/13/2014 Flash Drive | 168 | PRESENTENCE Investigation Report (Supplemental) as to Kevin Trudeau (SEALED) (Fitzgerald, Josie) (Entered: 03/13/2014) |
| 03/17/2014 | 169 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau: Sentencing held on 3/17/2014. Mailed notice (cjg, ) (Entered: 03/17/2014) |
| 03/17/2014 | "TYPE =PICT ;ALT= LOCK " | (Court only) ***Procedural Interval start to P6 as to Kevin Trudeau, ***Location start to LC as to Kevin Trudeau. (meg, ) (Entered: 04/04/2014) |
| 03/31/2014 | 170 | MOTION by Kevin Trudeau for an Order Reinstating Bond (Gurland, Carolyn) (Entered: 03/31/2014) |
| 03/31/2014 | 171 | NOTICE of Motion by Carolyn Pelling Gurland for presentment of motion for miscellaneous relief 170 before Honorable Ronald A. Guzman on 4/3/2014 at 09:30 AM. (Gurland, Carolyn) (Entered: 03/31/2014) |
| 04/03/2014 | 172 | MINUTE entry before the Honorable Ronald A. Guzman as to Kevin Trudeau (1): Motion hearing held on 4/3/2014. Motion by Kevin Trudeau for an Order Reinstating Bond 170 is denied. Mailed notice (cjg, ) (Entered: 04/03/2014) |
| 04/03/2014 | 173 | JUDGMENT (Sentencing Order) as to Kevin Trudeau (1), The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of One Hundred Twenty (120) Months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised released for a term of Five (5) Years. Additional Standard Conditions of Supervision. Special Condition of Supervision. Criminal Monetary Penalties. Schedule of Payments., Kevin Trudeau terminated. Signed by the Honorable Ronald A. Guzman on 4/3/2014. Mailed notice (meg, ) (Entered: 04/04/2014) |
| 04/03/2014 Flash Drive | 174 | STATEMENT of Reasons as to Kevin Trudeau (SEALED). (meg, ) (Entered: 04/04/2014) |
| 04/04/2014 | | JUDGMENT and Commitment as to Kevin Trudeau issued to U.S. Marshal sent via electronic mail. (meg, ) (Entered: 04/04/2014) |
| 04/17/2014 | 175 | NOTICE OF APPEAL by Kevin Trudeau regarding judgment, terminate parties, set/clear flags,,,,,, 173 (Kirsch, Thomas) (Entered: 04/17/2014) |
| 04/17/2014 | 176 | DOCKETING statement by Kevin Trudeau regarding notice of appeal 175 (Kirsch, Thomas) (Entered: 04/17/2014) |

| | | |
|---|---|---|
| 04/17/2014 | 177 | MOTION by Kevin Trudeau for leave to appeal in forma pauperis (Kirsch, Thomas) (Entered: 04/17/2014) |
| 04/17/2014 | 178 | MOTION to withdraw as attorney as to Kevin Trudeau Katherine E. Rohlf (Rohlf, Katherine) (Entered: 04/17/2014) |
| 04/17/2014 | 179 | NOTICE of Motion by Katherine E Rohlf for presentment of motion to withdraw as attorney 178 before Honorable Ronald A. Guzman on 4/22/2014 at 09:30 AM. (Rohlf, Katherine) (Entered: 04/17/2014) |
| 04/18/2014 | 180 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 175 . (kj, ) (Entered: 04/18/2014) |
| 04/18/2014 | 181 | Transmission of short record as to Kevin Trudeau to US Court of Appeals re notice of appeal 175 . (kj, ) (Entered: 04/18/2014) |
| 04/18/2014 | 182 | NOTICE of docketing record on appeal from USCA as to Kevin Trudeau re: notice of appeal 175 . USCA Case Number 14-1869. (meg, ) (Entered: 04/21/2014) |
| 04/18/2014 | 183 | CIRCUIT rule 3(b) notice as to Kevin Trudeau. (USCA#: 14-1869). (meg, ) (Entered: 04/21/2014) |
| 04/21/2014 | 184 | MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 4/22/2014 is stricken and no appearance is necessary. Motion to withdraw Katherine E. Rohlf as attorney to Kevin Trudeau 178 is granted. Mailed notice (cjg, ) (Entered: 04/21/2014) |
| 04/24/2014 | 185 | MINUTE entry before the Honorable Ronald A. Guzman: Motion by Kevin Trudeau for leave to appeal in forma pauperis 177 is denied. Mailed notice (cjg, ) (Entered: 04/24/2014) |
| 04/24/2014 | 186 | ORDER as to Kevin Trudeau signed by the Honorable Ronald A. Guzman on 4/24/2014. Mailed notice (cjg, ) (Entered: 04/24/2014) |
| 04/25/2014 | 187 | CIRCUIT rule 3(b) notice (las, ) (Entered: 04/28/2014) |
| 04/30/2014 | 188 | MOTION by Kevin Trudeau to supplement *the Record on Appeal (AGREED)* (Attachments: # 1 Exhibit A)(Kirsch, Thomas) (Entered: 04/30/2014) |
| 04/30/2014 | 189 | NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion to supplement 188 before Honorable Ronald A. Guzman on 5/6/2014 at 09:30 AM. (Kirsch, Thomas) (Entered: 04/30/2014) |
| 05/01/2014 | 190 | TRANSCRIPT designation and order form by Kevin Trudeau for proceedings held on 3/17/14 before Judge Hon. Ronald A. Guzman, (Kirsch, Thomas) (Entered: 05/01/2014) |
| 05/01/2014 | 191 | MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 5/6/2014 is stricken and no appearance is necessary. Agreed motion by Kevin Trudeau to supplement the Record on Appeal 188 is granted. Clerk of Court is directed to supplement the parties' trial exhibits |

| | | |
|---|---|---|
| | | and pretrial conference exhibit record materials. Mailed notice (cjg, ) (Entered: 05/01/2014) |
| 05/02/2014 S/C | 192 | DEFENDANT EXHIBITS CD 1-3 and Book exhibit #4 as to Kevin Trudeau Document Not Scanned). (ym, ) (Entered: 05/02/2014) |
| 05/02/2014 S/C | 193 | GOVERNMENT EXHIBIT by USA Group 9 and Group 10 as to Kevin Trudeau (Document Not Scanned.) (ym, ) (Entered: 05/02/2014) |
| 05/02/2014 | 194 | ~~Notice of Filing to Supplement the Record on Appeal by Kevin Trudeau (Kirsch, Thomas) (Entered: 05/02/2014)~~ |
| 05/05/2014 | 195 | ~~Notice of Filing and Filing of Exhibits to Supplement the Record on Appeal by Kevin Trudeau (Attachments: # 1 Exhibits 1-19 - Government Trial Exhibits, # 2 Exhibits 20-22 - Defense Trial Exhibits, # 3 Exhibits 23-58 - Pretrial Conference Exhibits)(Kirsch, Thomas) (Entered: 05/05/2014)~~ |
| 05/08/2014 | 196 | MOTION by Kevin Trudeau for an Order to Return His Passports (Kirsch, Thomas) (Entered: 05/08/2014) |
| 05/08/2014 | 197 | ~~NOTICE of Motion by Thomas Lee Kirsch, II for presentment of motion for miscellaneous relief 196 before Honorable Ronald A. Guzman on 5/15/2014 at 09:30 AM. (Kirsch, Thomas) (Entered: 05/08/2014)~~ |
| 05/08/2014 | 198 | MINUTE entry before the Honorable Ronald A. Guzman:as to Kevin Trudeau: Set deadline as to motion by Kevin Trudeau for an Order to Return His Passports 196 : Government's response due by 5/13/2014. Mailed notice (cjg, ) (Entered: 05/08/2014) |

**KEY**

**Majority of the items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**